In re Graham Royalty, Ltd.; Santa Fe Braun, Inc.; Williams Exploration Co.; Borden, Inc.; Parker & Parsley Development; Louisiana Resources Co.; Freeport-McMo-Ran, Inc.; Total Petroleum, Inc.; Pacific Enterprises Oil Co.; Camex, Inc.; Fina Oil and Chemical Co.; American Cometra, Inc.; Santa Fe Braun, Inc.; Williams Exploration;— Defendants); applying for supervisory and/or remedial writs; Parish of Cameron, 38th Judicial District Court, No. 10-11837; to the Court of Appeal, Third Circuit, No. CW97-0698.
Denied.
CALOGERO, C.J., and MARCUS, J., would grant the writ.
KIMBALL, J., not on panel.